No. 155, October Term, 1950. SABIN ET AL. *v.* LEVOR-SEN; and

No. 156, October Term, 1950. SABIN ET AL. *v.* MID-LAND SAVINGS .& LOAN CO., 340 U. S. 833. Motions for leave to file second petitions for rehearing denied.

No. 17. McMAHON *v.* UNITED STATES ET AL., *ante,* p. 25;

No. 303. WALKER *v.* UNITED STATES, *ante,* p. 868;

No. 313. LEWIS *v.* UNITED STATES, *ante,* p. 869;

No. 338. CARTER OIL Co. *v.* McCASLAND ET AL., *ante,* p. 870;

No. 30, Misc. ASPERO *v.* MEMPHIS & SHELBY COUNTY BAR ASSN., *ante,* p. 836;

No. 37, Misc. SMITH *v.* UNITED STATES ET AL., *ante,* p. 807;

No. 81, Misc. NERO *v.* UNITED STATES, *ante,* p. 872; and

No. 141, Misc. EAGLE *v.* CHERNEY ET AL., *ante,* p. 873. Petitions for rehearing in these cases severally denied.

JANUARY 2, 1952.

No. 421. ACHESON, SECRETARY OF STATE, *v.* OKIMURA.

*Per Curiam:* The judgment is vacated and the case is remanded to the District Court for specific findings as to the circumstances attending appellee's service in the Japanese Army and voting in the Japanese elections and the reasonable inferences to be drawn therefrom. MR. JUSTICE BLACK is of the opinion the judgment should be affirmed. MR. JUSTICE DOUGLAS, being of the view that the findings are adequate to show that the services of appellee to Japan were rendered under the compulsion